PER CURIAM.
Dismissed as an appeal from a nonfinal, nonappealable order. See Fla. R. App. P. 9.170(b)(23); SP Healthcare Holdings, LLC v. Surgery Ctr. Holdings, LLC, 208 So.3d 775, 41 Fla. L. Weekly D2733, *257 D2735, 2016 WL 7174174 (Fla. 2d DCA Dec. 9, 2016); Salem v. Abram, 868 So.2d 1213, 1214 (Fla. 2d DCA 2004); Garcia v. Valladares, 99 So.3d 518, 518 (Fla. 3d DCA 2011).
NORTHCUTT, WALLACE, and BLACK, JJ., Concur.